

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| ZIMMERMAN TRUCK LINES, INC. and CHAD FRYMIRE, | § | 08-17-00131-CV |
| Appellants, | § | Appeal from the |
| v. | § | County Court at Law No. Three |
| KATRINA PASTRAN, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2012DCV04303) |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no reversible error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellee recover from Appellants and their sureties, if any, *see* TEX.R.APP.P. 43.5, on the judgment and all costs, both in this Court and the court below, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 14TH DAY OF AUGUST, 2019.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.